Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
LIN ZHU

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LIN ZHU,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SUTTELL & HAMMER, APC, F/K/A SUTTELL, HAMMER & WHITE, APC, a California corporation, and ERIN E. PATTERSON, individually and in her official capacity;<br><br>　　　　　　　　Defendants. | Case No. 3:17-CV-07121-MEJ<br><br>**NOTICE OF SETTLEMENT** |

　　　COMES NOW the Plaintiff, LIN ZHU, by and through her counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and notifies the Court that this case has been settled.  The parties have entered into a settlement agreement which provides for payment no later than August 24, 2018.  Upon payment of the settlement amount, the parties will file a Stipulation of Dismissal with prejudice in this matter.

　　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

Dated:  July 31, 2018 　　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　LIN ZHU