Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
LIN ZHU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LIN ZHU,<br><br>                    Plaintiff,<br><br>     v.<br><br>SUTTELL & HAMMER, APC, F/K/A SUTTELL, HAMMER & WHITE, APC, a California corporation, and ERIN E. PATTERSON, individually and in her official capacity;<br><br>                    Defendants. | Case No. 3:17-CV-07121-MEJ<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, LIN ZHU, and Defendants, SUTTELL & HAMMER, APC, and ERIN E. PATTERSON, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, LIN ZHU, against Defendants, SUTTELL & HAMMER, APC, and ERIN E. PATTERSON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

- 2 -

|     |     |
| --- | --- |
|     | CONSUMER LAW CENTER, INC. |
| Dated: August 28, 2018 | By: /s/ Fred W. Schwinn |
|     | ☐ Fred W. Schwinn (SBN 225575) |
|     | ☐ Raeon R. Roulston  (SBN 255622) |
|     | ☐ Matthew C. Salmonsen  (SBN 302854) |
|     | CONSUMER LAW CENTER, INC. |
|     | 12 South First Street, Suite 1014 |
|     | San Jose, California  95113-2418 |
|     | Telephone Number: (408) 294-6100 |
|     | Facsimile Number: (408) 294-6190 |
|     | Email Address: fred.schwinn@sjconsumerlaw.com |
|     |     |
|     | Attorneys for Plaintiff |
|     | LIN ZHU |
|     |     |
|     | DAVIS WRIGHT TREMAINE, LLP |
|     |     |
| Dated: August 28, 2018 | By: /s/ Mary H. Haas |
|     | Mary H. Haas (SBN 149770) |
|     | DAVIS WRIGHT TREMAINE, LLP |
|     | 865 South Figueroa Street, Suite 240 |
|     | Los Angeles, CA 90017-2566 |
|     | Telephone Number: (213) 633-6813 |
|     | Facsimile Number: (213) 633-6899 |
|     | Email Address: maryhaas@dwt.com |
|     |     |
|     | Attorney for Defendants |
|     | SUTTELL & HAMMER, APC, |
|     | and ERIN E. PATTERSON |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____         _____
                                           The Honorable Maria-Elena James
                                           United States Magistrate Judge