Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
LIN ZHU

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LIN ZHU,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SUTTELL & HAMMER, APC, F/K/A SUTTELL, HAMMER & WHITE, APC, a California corporation, and ERIN E. PATTERSON, individually and in her official capacity;<br><br>　　　　　　　Defendants. | Case No. 3:17-CV-07121-MEJ<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, LIN ZHU, and Defendants, SUTTELL & HAMMER, APC, and ERIN E. PATTERSON, stipulate, and the Court hereby orders, as follows:

　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, LIN ZHU, against Defendants, SUTTELL & HAMMER, APC, and ERIN E. PATTERSON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

|   |   |
|---|---|
| | CONSUMER LAW CENTER, INC. |
| Dated: August 28, 2018 | By: /s/ Fred W. Schwinn<br>☒ Fred W. Schwinn (SBN 225575)<br>☐ Raeon R. Roulston (SBN 255622)<br>☐ Matthew C. Salmonsen (SBN 302854)<br>CONSUMER LAW CENTER, INC.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2418<br>Telephone Number: (408) 294-6100<br>Facsimile Number: (408) 294-6190<br>Email Address: fred.schwinn@sjconsumerlaw.com |
| | Attorneys for Plaintiff<br>LIN ZHU |
| | DAVIS WRIGHT TREMAINE, LLP |
| Dated: August 28, 2018 | By: /s/ Mary H. Haas<br>Mary H. Haas (SBN 149770)<br>DAVIS WRIGHT TREMAINE, LLP<br>865 South Figueroa Street, Suite 240<br>Los Angeles, CA 90017-2566<br>Telephone Number: (213) 633-6813<br>Facsimile Number: (213) 633-6899<br>Email Address: maryhaas@dwt.com |
| | Attorney for Defendants<br>SUTTELL & HAMMER, APC,<br>and ERIN E. PATTERSON |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: August 29, 2018

_____
The Honorable Maria-Elena James
United States Magistrate Judge